UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2005 JAN 18 P 1:02

**HOSTAR MARINE TRANSPORT SYSTEMS, INC.**
   Plaintiffs,

   v.

**UNITED STATES OF AMERICA**
   Defendants

RECEIPT # 61509
AMOUNT $ 150
SUMMONS ISSUED Y-5
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY CLK
DATE 1-18-05

05 10111 DPW

**COMPLAINT**          MAGISTRATE JUDGE Dein

Now comes the Plaintiff, Hostar Marine Transport Systems, Inc. and complains of the Defendant, United States of America as follows.

**JURISDICTION**

This cause of action is based upon 26 USCA §7422 (a) which provides for actions by taxpayers for the recovery of any Internal Revenue tax alleged to have been erroneously or illegally assessed or collected and that the jurisdiction of the Court is based upon 28 USCA §§ 1340, 1346(a)(1), which provide that the District Court shall have original jurisdiction of any civil action arising under any act of Congress providing for Internal Revenue and for the recovery of any Internal Revenue tax alleged to have been collected without authority or any sum alleged to have been excessive or in any manner wrongfully collected.

1

**PARTIES**

1.  The Plaintiff, Hostar Marine Transport Systems, Inc. is Massachusetts corporation with its principal office at One Kendrick Rd, Wareham, MA.

2.  The Defendant is the United States of America.

**Facts**

3.  The Plaintiff, Hostar Marine Transport System, Inc. ("Hostar") has been erroneously assessed excise tax pursuant to IRC §4061(a)(the "Excise Tax") .

4.  Hostar is a manufacturer of hydraulic boat trailers ("hydraulic boat trailers") for use in marinas, boat yards. Hostar's hydraulic boat trailers are used by restorers, dealers and manufacturers.

5.  Hydraulic boat trailers are designed to launch and retrieve boats from the water, to move boats into and out of repair facilities and paint booths, to move them about a boat yard, yacht club, marina or boat dealership, and to set boats on keel blocking and boat stands for winter storage.

6.  Hydraulic boat trailers can only function because of their completely open-center design, a "wishbone" or "tuning fork" type of trailer, having no permanently welded cross beams and stub axles.

7.  Stub axles attach a single wheel to the trailer as opposed to the more common through axles which attach two wheels.

8.  Through axles are used on highway transport trailers.

9.  Hydraulic trailers are constructed with stub axles mounted under or outboard of the trailer frame. This design enables the operations of ramp launching, retrieving, setting a boat on the ground or in a repair facility or storage building.

10. The main function or purpose of a hydraulic trailer is not that of highway transporting.

11. Almost all highway transporting of boats is done on lowboy trailers which are similar to trailers for moving construction equipment. Lowboy trailers have through axles and a full bed or welded cross beams, are not submersible and have no hydraulic power units, pumps, cylinders and controls.

12. Boat manufacturing companies use lowboy types of trailers for the transportation of boats to boat dealers.

13. Hostar does not build lowboy trailers.

14. Hostar manufactures four model's of trailers HPT, HST, HSTY, HI1T. Model's HPT, HST & 1INT are capable off on road use. The HSTY is incapable of road use.

15. A hydraulic boat trailer is equipment, similar to a marine hoist, in a boatyard. The expense of its hydraulic pumps, motors, controls, cylinders, special axles, etc. and the resulting costs to maintain them make Hostar's trailers economically unfeasible for hauling boats when compared to the lowboy trailers.

16.   IRC Section 4051 (a) (1) imposes a 12 percent excise tax on the first retail sale of certain articles including automobile truck chassis and bodies.

17.   Section 145.4051-1(a) (2) of the Temporary Excise Tax Regulations provides that a chassis or body is taxable under section 4051 (a) (1) only if such chassis or body is sold for use as a component part of a highway vehicle (as described in section 48.4061(a)-1(d) of the Manufacturers and Retailers Excise Tax Regulations).

18.   Regulation 48.4061(a)-1(d)(1) defines a "highway vehicle" as any self-propelled vehicle, or any trailer or semitrailer, designed to perform a function of transporting a load over public highways, whether or not also designed to perform other a special permit for highway use, is overweight, overheight or overwidth for regular use, and any other relevant considerations. Solely for purposes of determinations under this paragraph (d) (2) (ii), where there is affixed to the vehicle equiplment used for loading, unloading, storing, vending, handling, processing, preserving, or otherwise caring for a load transported by the vehicle over the public highways, the functions are related to the transportation of a load over the public highways even though such functions may be performed off the public highways.

19. Regulation 48.4061 (d)(2)(i) Exempts Hostar's Hydraulic Boat Trailers from the Imposition of Excise Tax.

20. Regulation 48.4061(d)(2)(i) ("Regulation i") exempts from taxation a trailer (or chassis) if (A) machinery or equipment has been affixed to perform a function unrelated to transportation on or off the public highways, (B) the chassis has been specially designed to serve only as a mobile carriage and mount for the particular equipment involved and (C) is of a special design where it could not be used to transport any load other than that particular machinery or equipment or similar machinery or equipment requiring such a specially designed chassis.

21. The first test of the regulation is that machinery or equipment be affixed to the trailer to perform a function unrelated to transportation on or off the highway.

22. Hostar's Hydraulic Boat Trailers are designed to launch and retrieve boats from the water, to move boats into and out of repair facilities and paint booths, to move them about the boat yard, yacht club, marina or boat dealership, and to set the on keel blocking and boat stands for winter storage. The trailer's have hydraulic power units, pumps, cylinders and controls.

23. Hostar's Hydraulic Boat Trailers meet the first test established by Regulation i.

24. The second and third tests of Regulation i require that the trailers be specially designed to serve only as a mobile carriage for the particular equipment involved and cannot be used to transport any load other than that particular equipment.

25. Rev. Rul. 79-423, 1979-2 C.B. 386, states that a chassis meets the part (C) test of section 48.4061(a)-1(d)(2)(i) if it has been specially designed to hold certain jobsite machinery or equipment, to the extent that it is substantially structurally different than a chassis that would ordinarily be used for transporting a load other than that particular machinery or equipment or similar machinery or equipment requiring such a specially designed chassis.

26. Hostar's Hydraulic Boat Trailers are specially designed to be a mobile carriage for boats and cannot be used to transport equipment other than boats.

27. Hostar's Hydraulic Boat Trailers meet the second test of Regulation i.

28. Regulation 48.4061(d)(2)(ii) Exempts Hostar's Trailers from the Imposition of Excise Tax.

29. Regulation 48.4061(d)(2)(ii) ("Regulation ii") states that a trailer (or chassis) is not a highway vehicle if it is (A) specially designed for the primary function of transporting a particular type of load other than over the public highway and (B) if by reason of such special design, the use of such vehicle

6

to transport such load over the public highways is substantially limited or substantially impaired.

30. The primary fuction of Hostar's Hydraulic Boat Trailers is for use in boat yards and rarely on the highway to their cost and highly specialized equipment.

31. On or about May 18, 2000 Hostar was assessed additional tax pursuant to IRC Section 4051 for tax periods ended: March 1994, June 1994, June 1995, September 1995, December 1995, March 1996, June 1996, September 1996 and December 1996.

32. On or about January 1, 2001 the Internal Revenue Service applied Hostar's overpayment credit in the amount of $215.20 to the additional tax assessed pursuant to IRC Section 4051 for tax period ended June 1994.

33. On or about July 31, 2001 the Internal Revenue Service applied Hostar's overpayment credit in the amount of $55.91 additional tax assessed pursuant to IRC Section 4051 for tax period ended March 1994 making the total for the two tax periods $271.11.

34. On or about January 16, 2003 the Internal Revenue Service denied Hostar's claim for adjustment to tax and notified same of its right to file suit in the United States District Court (Please See Exhibit 1).

**COUNT I**
**(Erroneous Assessment)**

35. The Plaintiff realleges the allegations of paragraphs

1 through 34 of its complaint as fully set herein.

36. Hostar's Hydraulic Boat Trailers are exempted from Excise Tax pursuant to Regulation 48.4061(d)(2)(i).

37. Hostar's Hydraulic Boat Trailers are exempted from Excise Tax pursuant to Regulation 48.4061(d)(2)(ii).

WHEREFORE, the forgoing reasons, the Plaintiff prays this honorable Court for:

a. Judgment against the Defendant, United States of America, in the amount of $271.11 plus statutory interest and an abatement of the assessment against them; and,

b. Any and all other remedies that this honorable Court deems appropriate.

## COUNT II
### (Violation of Due Process)

38. The Plaintiff realleges the allegations of paragraphs 1 through 37 of its complaint as fully set herein.

39. Hostar has a number of competitors in the United States and Canada that manufacture Hydraulic Boat Trailers.

40. Upon information and belief Hostar is the only manufacturer of Hydraulic Boat Trailers whose Hydraulic Boat Trailers have been deemed by the Internal Revenue Service to not qualify for exemption pursuant to Regulations 48.4061(d)(2)(i) and 48.4061(d)(2)(i).

41. Upon information and belief the Internal Revenue Service is aware of the name and location of manufacturers of

Hydraulic Boat Trailers, including a Canadian manufacturer, that represent to their customers that their Hydraulic Boat Trailers are not subject to Excise tax.

42. The assessment against Hostar was discriminatory and so unjustifiable as to be violative of due process.

WHEREFORE, the forgoing reasons, the Plaintiff prays this honorable Court for:

a. Judgment against the Defendant, United States of America, plus statutory interest and an abatement of the assessment against them; and,

b. Any and all other remedies that this honorable Court deems appropriate.

### Trial by Jury

The Plaintiff requests a trial by jury.

                                  Hostar Marine Transport
                                  Systems, Inc., by its
                                  attorney,

                                  _____
                                  Timothy Burke
                                  Burke & Associates
                                  400 Washington Street
                                  Braintree, MA 02184
                                  (781)-380-0770

Dated:    January 17, 2005

# EXHIBIT 1

| | |
|---|---|
| **Internal Revenue Service**<br>General Appeals Programs<br>Appeals Office<br>10 Causeway Street<br>Room 493<br>Boston, MA 02222 | **Department of the Treasury**<br><br>**Person to Contact:**<br>  Linda D Rolf<br>  Employee ID Number: 04-55303<br>  Tel: (617) 565-7981<br>  Fax: 617-565-5472 |

Date:   JAN 16 2004

**Refer Reply to:**
  AP:G:BOS:LDR
**In Re:**
  Excise
**Tax Period(s) Ended:**
  03/1994 06/1994 06/1995 09/1995
  12/1995 03/1996 06/1996 09/1996
  12/1996
**Claim Amount(s):**
  84,664.00

Hostar Marine Transport Systems, Inc.
One Kendrick Rd
Wareham, MA 02571

**Certified Mail**

Dear Taxpayer:

We are sorry, but we cannot allow the above claim for an adjustment to your tax, for the following reasons:

It is determined that the excise tax assessed in accordance with Section 4061(a) of the Internal Revenue Code is applicable. Accordingly, it is determined that the claim is disallowed in its' entirety.

Our decision is based on provisions of the Internal Revenue laws and regulations. This letter is your legal notice that your claim is fully disallowed.

If you wish to bring suit or proceedings for the recovery of any tax, penalties or other moneys for which this disallowance notice is issued, you may do so by filing such a suit with the United States District Court having jurisdiction, or with the United States Court of Federal Claims. The law permits you to do this within 2 years from the mailing date of this letter. However, if you signed a waiver of the notice of claim disallowance (Form 2297), the period for bringing suit began to run on the date you filed the waiver.

If you have any questions, please contact the person whose name and telephone number are shown above.

Sincerely,

Gene Peschier, Jr.
Appeals Team Manager

cc: Timothy J. Burke

Letter 1364 (Rev. 5/1999)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) __Hostar Marine Transport Systems, Inc v. United States of America__

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

    ___ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    ___ II.  195, 368, 400, 440, 441-444, 540, 550, 625, 710, 720, 730,
             740, 790, 791, 820, 830, 840, 850, 890, 892-894, 895, 950.

    ___ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
             315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
             380, 385, 450, 891.

    _X_ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
             690, 810, 861-865, 870, 871, 875, 900.

    ___ V.   150, 152, 153.

    05 10111 DPW

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(E)).
    N/A

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?
    N/A

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? __NO__
    IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY? (SEE 28 USC 2403) _____

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC 2284? __NO__

7. DO ALL PARTIES IN THIS ACTION RESIDE IN THE CENTRAL SECTION OF THE DISTRICT OF MASSACHUSETTS (WORCESTER COUNTY) - (SEE LOCAL RULE 40.1(C)). YES_____ OR IN THE WESTERN SECTION (BERKSHIRE, FRANKLIN, HAMPDEN OR HAMPSHIRE COUNTIES)? - (SEE LOCAL RULE 40.1(D)). YES_____

8. DO ALL OF THE PARTIES RESIDING IN MASSACHUSETTS RESIDE IN THE CENTRAL AND/OR WESTERN SECTIONS OF THE DISTRICT? YES_____ (a) IF YES, IN WHICH SECTION DOES THE PLAINTIFF RESIDE? _____

9. IN WHICH SECTION DO THE ONLY PARTIES RESIDING IN MASSACHUSETTS RESIDE? _Plymouth County_

10. IF ANY OF THE PARTIES ARE THE UNITED STATES, COMMONWEALTH OF MASSACHUSETTS, OR ANY GOVERNMENTAL AGENCY OF THE U.S.A. OR THE COMMONWEALTH, DO ALL OTHER PARTIES RESIDE IN THE CENTRAL SECTION _____ OR WESTERN SECTION _____

(PLEASE TYPE OR PRINT)    Timothy J. Burke
ATTORNEY'S NAME _____

ADDRESS __400 Washington St. Suite 303 Braintree, MA 02184__

TELEPHONE NO. __(781) 380-0770__

(Category.frm - 09/92)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
Hostar Marine Transport Systems, Inc.

### DEFENDANTS
United States of America

FILED IN CLERKS OFFICE
2005 JAN 18 P 4:02
U.S. DISTRICT COURT
DISTRICT OF MASS.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Plymouth
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Timothy J. Burke (781)380-0770
400 Washington St. Suite 303
Braintree, MA 02184

ATTORNEYS (IF KNOWN)

**05 10111 DPW**

### II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 385 Property Damage Product Liability |  | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General |  | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☒ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights / ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS – Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property |  / ☐ 550 Civil Rights |  |  |  |
|  |  / ☐ 555 Prison Condition |  |  |  |

### VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Recovery of Internal Revenue Tax Erroneously collected. 26 USCA § 7422

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 271.11
CHECK YES only if demanded in complaint
JURY DEMAND: ☒ YES   ☐ NO

### VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE: 1/18/05
SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY
RECEIPT # ____  AMOUNT ____  APPLYING IFP ____  JUDGE ____  MAG. JUDGE ____