UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

Docket No.

2005 JAN 18  P 1:02

U.S. DISTRICT COURT
DISTRICT OF MASS.

HOSTAR MARINE TRANSPORT SYSTEMS, INC.
    Plaintiffs,

v.

UNITED STATES OF AMERICA
    Defendants

**05 10111 DPW**

### NOTICE OF APPEARANCE

Kindly note the appearance of Timothy Burke, Burke & Associates, 400 Washington St, Ste. 303, Braintree, MA 02184 as counsel for the Plaintiff in the above captioned matter.

Dated: January 17, 2005

Timothy J. Burke
BBO# 543837
400 Washington Street
Braintree, MA 02184
(781) 380-0770