UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

HOSTAR MARINE TRANSPORT SYSTEMS, INC.

        Plaintiff,

        v.                                              Civ. No. 05-10111 DPW

UNITED STATES OF AMERICA,

        Defendant.

---

UNITED STATES' CERTIFICATION UNDER LOCAL RULE 16.1(D)(3)

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, submits the following pursuant to Mass. R. 16.1(D)(3).

D. Patrick Mullarkey is the Chief of the Civil Trial Section, Northern Region, Tax Division, Department of Justice, and has settlement authority in the above-captioned case.

Stephen T. Lyons is the Senior Trial Attorney for the Department of Justice assigned with primary responsibility for the above-captioned case.

2

The undersigned affirm that they have conferred (1) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - for the litigation; and (2) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

                                                         D. PATRICK MULLARKEY
                                                         Chief, Civil Trial Section
                                                         Northern Region, Tax Division
                                                         U.S. Department of Justice

                                                         STEPHEN T. LYONS
                                                         Senior Trial Attorney, Tax Division
                                                         U.S. Department of Justice
                                                         P.O. Box 55
                                                         Ben Franklin Station
                                                         Washington, D.C. 20044
                                                         Telephone: (202) 307-6546
                                                         E-Mail: stephen.t.lyons@usdoj.gov

Date: May 16, 2005