UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

HOSTAR MARINE TRANSPORT SYSTEMS, INC.

Plaintiff,

v.                                          Civ. No. 05-10111 DPW

UNITED STATES OF AMERICA,

Defendant.

**PLAINTIFFS' CERTIFICATION OF CONFERENCE PURSUANT TO RULE 16.1
OF THE RULES OF THE UNITED STATES DISTRICT COURT
FOR MASSACHUSETTS**

The Plaintiff's counsel submits this certification in accord with Rule 16.1(D)(3). Hostar Marine Transport Systems, Inc., and counsel have conferred on the costs of the subject litigation and recognize that due to the unique nature of the claim that the establishment of a budget for the costs of conducting the full course-and the various alternative courses-of the litigation is impossible.

Further, this matter raises novel questions of law and therefore alternative dispute resolution programs will not provide the relief requested.

Dated: May    , 2005                    HOSTAR MARINE TRANSPORT SYSTEM
                                         c/o Dwight Stimson

HOSTAR MARINE TRANSPORT SYSTEM
by its Attorney

_____
Timothy J. Burke
BBO# 543837
400 Washington Street
Braintree, MA 02184
(781) 380-0770

Dated: 5/23/2005

### Certificate of Service

I hereby certify that a true copy of the above document was served upon each attorney of record via first class mail on 5/23 2005.

_____
Timothy Burke