UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

HOSTAR MARINE TRANSPORT
SYSTEM, INC.,
    Plaintiff,

    v.                                CIVIL ACTION
                                     NO.05-10111-DPW

UNITED STATES OF AMERICA,
    Defendant.


**ORDER OF DISMISSAL**

WOODLOCK, District Judge

    In accordance with this Court's Memorandum and Order issued May 26, 2005 (#10), granting Defendant's motions to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                              BY THE COURT,

                                              /s/ Michelle Rynne
                                              Deputy Clerk


DATED:  May 27, 2005